STATE v. KNIGHT

No. 207P89.

Case below: 93 N.C. App. 460.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.

STATE v. PENNINGTON

No. 210P89.

Case below: 93 N.C. App. 514.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.

WALKER v. FIRST FEDERAL SAVINGS AND LOAN

No. 221P89.

Case below: 93 N.C. App. 528.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.

WALTON v. CAROLINA TELEPHONE

No. 209P89.

Case below: 93 N.C. App. 368.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.

WOOLARD v. N.C. DEPT. OF TRANSPORTATION

No. 240P89.

Case below: 93 N.C. App. 214.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 26 July 1989.